# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-60105

United States Court of Appeals
Fifth Circuit

**FILED**

February 7, 2018

Lyle W. Cayce
Clerk

GREEN TREE SERVICING, L.L.C.; WALTER INVESTMENT
MANAGEMENT CORPORATION; BEST INSURORS, INCORPORATED;
MID STATE CAPITAL, L.L.C.; MID STATE TRUST II; MID STATE TRUST
III; MID STATE TRUST IV; MID STATE TRUST V; MID STATE TRUST VI;
MID STATE TRUST VII; MID STATE TRUST VIII; MID STATE TRUST IX;
MID STATE TRUST X; MID STATE TRUST XI; WILMINGTON TRUST
COMPANY; MID-STATE CAPITAL CORPORATION 2004-1 TRUST; MID-
STATE CAPITAL CORPORATION 2005-1 TRUST; MID-STATE CAPITAL
CORPORATION 2006-1 TRUST; MID-STATE CAPITAL TRUST 2010-1,

       Plaintiffs-Appellees,

v.

BILLY R. BROWN,

       Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-317

Before KING, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

       This appeal is dismissed for want of jurisdiction based upon binding
precedent in a virtually identical case. *Green Tree Servicing, L.L.C. v. Charles*,

---

       * Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

No. 17-60105

872 F.3d 637 (5th Cir. 2017); *accord Green Tree Servicing, L.L.C. v. Campbell*, 701 F. App'x 383 (5th Cir. 2017) (per curiam); *Green Tree Servicing, L.L.C. v. Mathis*, 701 F. App'x 383 (5th Cir. 2017) (per curiam).